

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00340-CV

| | | |
|---|---|---|
| VETMOVES, MOVES TEXAS, PLLC, AND DR. ROBYN READ, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Denton County (CV-2019-01801) |
| LONE STAR VETERINARIAN MOBILE SURGICAL SPECIALISTS, PC AND CHARISSE DAVIDSON, Appellees | § | April 16, 2020 |
| | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellants' motion to dismiss under the Texas Citizens Participation Act is affirmed.

It is further ordered that Appellants VetMoves, Moves Texas, PLLC, and Dr. Robyn Read shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach